**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**ANTHONY BERNARD ALLEN**
______________________________/

**SEALED INDICTMENT**

3:26cr117-TKW

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about March 19, 2026, in the Northern District of Florida, the defendant,

**ANTHONY BERNARD ALLEN,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, and 28 grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine."

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), and 841(b)(1)(B)(iii).

**COUNT TWO**

On or about March 19, 2026, in the Northern District of Florida, the defendant,

Returned in open court pursuant to Rule 6(f)
7/21/2026
Date
3B
United States Magistrate Judge

FILED USDC FLND PN
JUL 21 '26 PM1:04

**ANTHONY BERNARD ALLEN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about July 16, 1998, **ANTHONY BERNARD ALLEN** was convicted in the State of Florida of Possession of Cocaine and Driving with License Suspended (third or subsequent conviction);

   b. On or about December 29, 2000, **ANTHONY BERNARD ALLEN** was convicted in the United States District Court for the Middle District of Florida of Conspiracy to Distribute Narcotics; and

   c. On or about March 24, 2014, **ANTHONY BERNARD ALLEN** was convicted in the State of Florida of Possession of Cocaine.

2. For each of these crimes, **ANTHONY BERNARD ALLEN** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **ANTHONY BERNARD ALLEN** did knowingly possess a firearm, to wit, a Smith & Wesson 9 millimeter pistol, and ammunition, namely 9 millimeter and 22 caliber.

4. This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT THREE**

On or about April 17, 2026, in the Northern District of Florida and elsewhere, the defendant,

**ANTHONY BERNARD ALLEN,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**CONTROLLED SUBSTANCE FORFEITURE**

The allegations contained in Counts One and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violation alleged in Counts One and Three, punishable by imprisonment for more than one year, the defendant,

**ANTHONY BERNARD ALLEN,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of his interest in:

A. Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violations.

B. Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

**FIREARM FORFEITURE**

The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**ANTHONY BERNARD ALLEN,**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Count Two of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did knowingly possess the firearm and ammunition described above, any and all interest that this defendant has in the firearm and ammunition involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

[redacted]

FOREPERSON

JOHN P. HEEKIN
United States Attorney

BROOKE D. LINDSAY
United States Attorney
Assistant United States Attorney

7/21/2026
DATE